

Union County, OH - MARYSVILLE CORP PARIS TOWNSHIP - MARYSVILLE EVSD

Enter Parcel or Map Number
Search

**NOTICE:** All PROPERTY VALUE information reflects Tax Year 2016 CERTIFIED VALUES. To obtain any 2017 value information, such as New Construction value, please call the Auditor's office at 937-645-3003 or email at auditor@co.union.oh.us.

**Parcels 2900250033590 & 2900250033599**

**2016 VALUES AND TAXES DUE IN 2017**

| | | Market Value | Taxable Value | Starting Balance | Real Estate Net Tax | Other Charges and Credits | Receipts | Parcels Balance |
|---|---|---|---|---|---|---|---|---|
| Owner Name | Shannonhouse James R | | | | | | | |
| Property Location | 501 HARNESS PLACE | 194,880 | 68,200 | 0.00 | 3,473.80 | 0.00 | (3,473.80) | 0.00 |

## Main Menu

- General Information
- Land Detail
- Buildings Detail
- Value History
- Sales History
- Tax Charges and Payments
- Current Tax Rates
- Where Your Taxes Go
- Tax Estimator
- Map
- Sketch
- Property Record Card
- Photo Gallery
- Deed Record
- New Search

**GENERAL INFORMATION**

Note: Values for this property are accounted for under the Parcel Numbers listed in the following table. Main Menu options provide details specific to the first one listed. To see details for a different parcel, point to and click its number in the table.

**Neighborhood** 2952962-MILL VALLEY SUBDIV-STALLION-KENTUCKY-WOODSIDE-FAWN MEADOW ZONE

**Map Number** 0791407042000

| Parcel Number* | Land Use | Market Land | Market Buildings | Market Total | Taxable Land | Taxable Buildings | Taxable Total** |
|---|---|---|---|---|---|---|---|
| 2900250033590 | 510 - One-family dwelling | | | | 2,310 | 0 | |
| 2900250033599 | 720 - Municipal improvement tax abatements (R.C. 5709.41) | | | | 19,530 | 173,040 | |
| | Totals: | 21,840 | 173,040 | 194,880 | 7,640 | 60,560 | 68,200 |

**Pie Chart Summary Level**
All Parcels ▼

Taxable Value Allocation
Land: 11.20%
Buildings: 88.80%

**Owners**
Shannonhouse James R

**Legal Description**
WOODS @ MILL VALLEY NORTH
VMS 5138 PHASE 1 PART 10LOT 5390
OR 969 PG 470

**DELINQUENT TAX STATUS**

| Delinquent Since | n/a |
|---|---|
| Advertised Delinquent | No |
| Under Payment Contract | No |
| Certified Delinquent | No |
| In Bankruptcy | No |
| In Foreclosure | No |
| In Dispute | No |
| Last Delinquent | n/a |

\* Value may be allocated to more than one parcel. Examples: (1) The value basis for Homestead Credit may be shared between a mobile home parcel and its situs land parcel. (2) Property under one or more Tax Incentive Programs (e.g. TIF district, Enterprise Zone, etc.) may have a base parcel with pre-program values and one or more parcels with values subject to the terms of the program agreements.

\*\* Taxable Value is 35% of Market Value for most taxpayers. The rate is 40% for mobile homes purchased prior to 2000 whose Market Value is based on a depreciation schedule. Taxable Value for Public Utility (PU) parcels is set by the State. The State does not report PU Market Value to the County, so PU Market Value is set equal to Taxable Value.

| MOST RECENT TAX SAVINGS | Qualified | Tax Basis Value | Savings |
|---|---|---|---|
| Non-Business Credit | Yes | 68,200 | 375.84 |
| Owner Occupancy Credit | No | 68,210 | 0.00 |
| Homestead Credit | No | 0 | 0.00 |
| Other | No | 0 | 0.00 |
| | | Total: | 375.84 |

Data extracted from County files 8/20/2017 11:07:56 PM

Copyright © 2011 Appraisal Research Corporation